**Kevin SCHAAP, Plaintiff-Appellant,**

v.

**Susan Stokley CLARY; Susan Stokley Clary, in her official capacity as clerk of the Supreme Court; Supreme Court of Kentucky; Commonwealth of Kentucky, Defendants-Appellees.**

No. 17-1232

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: July 31, 2017

Kevin Schaap, Appellant Pro Se.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Schaap appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Schaap that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *See Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Schaap has waived appellate review by failing to file specific objections to the particularized legal recommendations made by the magistrate judge after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*